IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY MITCHELL,

    Defendant.

and

SAFEWAY STORES, INC.,

    Garnishee.

3:10-CV-00141 BR

ORDER TO DISMISS GARNISHMENT

Upon motion of The United States of America, It is hereby ORDERED that the garnishment in the above named action be dismissed and the writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(C) of the Federal Rules of Civil Procedure.

DATED this 12th day of December, 2017.

                                              ANNA J. BROWN
                                              United States District Court Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Kathleen L. Bickers*
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

PAGE 1 – ORDER TO DISMISS GARNISHMENT